FORM L70 Notice of Entry of Order of Dismissal  (v.2.13)     20–24356 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER OF DISMISSAL

**Case Number:** 20–24356 – B – 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

G Wealth 88, Inc.

47–4026824
1517 Broadway
Sacramento, CA 95814

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Miso Japanese Restaurant

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor G Wealth 88, Inc. was entered on the docket in this case on January 27, 2021.  The document number and docket text for this order are set forth below.

**[94] – Order Granting 30 Motion/Application to Dismiss Case [RLC–3] (lars)**

Dated:
1/28/21

For the Court,
Wayne Blackwelder , Clerk